UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE BRAGG and THE TRUSTEES OF THE BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT AND SAVINGS FUND,<br><br>                    Plaintiffs,<br><br>-against-<br><br>RIVER PARK HOUSE OWNERS' ASSOCIATION,<br><br>                    Defendant. | 1:22-cv-09338 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The deadline for Defendant to file an answer or otherwise respond to the Complaint was December 6, 2022. *See* ECF No. 6. Defendant has not filed an answer or responded to the Complaint. Accordingly, Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **February 27, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Additionally, the initial pretrial conference scheduled for February 17, 2023 is hereby adjourned.

Dated: February 6, 2023
       New York, New York

                                                                SO ORDERED.

                                                                _____
                                                                JENNIFER L. ROCHON
                                                                United States District Judge